FILED
NOV 30 2010
JAMES J. WALDRON, CLERK
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

THE LAW OFFICE OF MICHAEL A. ALFIERI
30 FRENEAU AVENUE
MATAWAN, NEW JERSEY 07747
ATTORNEY FOR SECURED CREDITOR, LYNX ASSET SERVICES, LLC.
MICHAEL A. ALFIERI, APPEARING
M.A.-4945

| | |
|---|---|
| IN THE MATTER OF | ) UNITED STATES BANKRUPTCY COURT<br>) DISTRICT OF NEW JERSEY<br>) CASE NO. 10-44418-RG<br>) CHAPTER 7 |
| Brenda Kravitz<br>46 PARK STREET<br>TENAFLY NJ 07670 | )<br>)<br>) ORDER VACATING AUTOMATIC STAY<br>) AS TO REAL PROPERTY |
| Debtor(s) | )<br>) HEARING DATE:        2010<br>) ORAL ARGUMENT REQUESTED |

The relief set forth on the following pages number two (2) through (3) is hereby Ordered.

11-30-10       _____
               USBJ

Page 2

Debtor: Brenda Kravitz

CAPTION OF ORDER: VACATING STAY

------------------------------------------------------------

Upon the motion of LYNX ASSET SERVICES, LLC, the Secured Creditor, under Bankruptcy Code Section 362(d) for prospective relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

IT IS ON THIS          DAY OF                    , 2010, ORDERED as follows:

1.  The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage held by the movant upon the following:

X  Land and premises commonly known as:

**46 PARK STREET, TENAFLY, NJ 07670**

__ Personal property more fully described as:

IT IS FURTHER ORDERED THAT the movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any party who entered an appearance on the motion.

IT IS FURTHER ORDERED THAT no further bankruptcies will prevent the secured creditor to proceed through sheriff sale and eviction.

_____

U.S.B.J.

## CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on _____, 2010, I mailed a copy of the foregoing order to each of the following:

                                      James J. Waldron, Clerk

                                      BY: _____